### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| EDWARD W. MILLSTEIN | : | NO. 12-mc-0041 |

### ORDER TO SHOW CAUSE

**AND NOW**, this 25th day of September, 2020, it appearing that on July 27, 2020, respondent was **suspended on consent** from the practice of law by the Supreme Court of Pennsylvania for a period of thirty (30) months, retroactive to May 1, 2019, it is hereby,

**ORDERED** that respondent file with this court, within thirty (30) days from the date of service of this Order, an answer informing this court of any claim by the respondent, predicated upon the grounds set forth in Local Rule of Civil Procedure 83.6 II D, that the imposition of identical discipline by this court would be unwarranted, and the reasons therefore.

FOR THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**